UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                   Case No.: 3:23-bk-02912-BAJ
                                                         Chapter 13
HARRIS WARREN,

           Debtor.
_____/

## INTERNAL REVENUE SERVICE WITNESS AND EXHIBIT LIST

The United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), a Creditor in this action, in accordance with this Court's Order Scheduling Trial (Doc. 36), hereby discloses the following witness that may be called:

1. Nichelle Purcell
   U.S. Internal Revenue Service
   c/o Mai Tran
   Assistant United States Attorney
   300 North Hogan Street, Suite 700
   Jacksonville, Florida 32202-4270

2. Any witness identified by any other Party.

In addition, the United States of America may rely on the following exhibits to be offered into evidence:

1. IRS Proof of Claim 1-1, filed December 5, 2023.

2. IRS Amended Proof of Claim 1-2, filed December 27, 2023.

3. IRS Amended Proof of Claim 1-3, filed February 23, 2024.

4.  IRS Amended Proof of Claim 1-4, filed June 17, 2024.

Dated: November 7, 2024

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

/s/ Mai Tran
MAI TRAN
Assistant United States Attorney
Florida Bar No. 100982
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6358/6300
Facsimile No. (904) 301-6240
Email: Mai.Tran2@usdoj.gov
*Attorneys for the United States of America/Internal Revenue Service*

cc:   Nichelle Purcell
      Internal Revenue Service

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants, including:

>Gerald Stewart
>Gerald B. Stewart Law
>24 North Market Street, #402
>Jacksonville, FL  32202
>Email: stewartlaw7272@gmail.com
>*Attorney for the Debtor*

>>*/s/ Mai Tran*
>>MAI TRAN
>>Assistant United States Attorney